FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 11, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>CHRISTOPHER HAMILTON CLEMENS,<br><br>                    Defendant. | No. 2:24-CR-0030-TOR<br><br>ORDER AMENDING JUDGMENT REPORT DATE |

BEFORE THE COURT is the Defendant's Motion to Amend Judgment and Update PSIR. ECF No. 55. After reviewing the submitted motion, the Court is fully informed and hereby **grants** the motion in part.

The Amended Judgment at ECF No. 50 is Amended to indicate that Defendant must surrender to the Bureau of Prisons after April 18, 2025, as the BOP directs. The Court denies updating the PSIR as the Court has no information to do so. **IT IS SO ORDERED**. The District Court Executive is directed to enter this Order and distribute copies to counsel. DATED April 11, 2025.



THOMAS O. RICE
United States District Judge

ORDER AMENDING JUDGMENT REPORT DATE ~ 1